# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEL RUIZ,<br><br>   vs.    Plaintiff,<br><br>J. LAGUNA, et al.,<br><br>                 Defendants. | CASE NO. 05cv1871 WQH (LSP)<br><br>**ORDER DENYING "MOTION FOR RELIEF FROM JUDGMENT"**<br><br>(Doc. # 50) |

For the reasons stated in the Court's April 3, 2007 "Order Rejecting 'First Amended Complaint'" (Doc. # 48), Plaintiff's "Motion for Relief from Judgment" (Doc. # 50), filed April 11, 2007, is **DENIED**. The case remains closed. The Clerk of the Court shall mail to Plaintiff a copy of the Court's April 3, 2007 "Order Rejecting 'First Amended Complaint'" (Doc. # 48).

DATED: April 17, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge